834

No. 16. D'ARIA ET AL. v. UNITED STATES; No. 648. LO PICCOLO v. UNITED STATES; No. 5, Misc. SANTORE v. UNITED STATES; No. 6, Misc. ORLANDO v. UNITED STATES; and No. 635, Misc. SANTORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Menahem Stim* and *Allen S. Stim* for petitioners in No. 16. *Maurice Edelbaum* for petitioner in No. 648. Petitioners *pro se* in Nos. 5, Misc., and 6, Misc. *Edward Q. Carr, Jr.* for petitioner in No. 635, Misc. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States in Nos. 16, 5, Misc., and 6, Misc. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States in Nos. 648 and 635, Misc. Reported below: 290 F. 2d 51.

No. 659. ROSE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 671. STEELE ET AL. v. CITY OF TALLAHASSEE. Circuit Court for Leon County, Florida. Certiorari denied. *Alfred I. Hopkins* for petitioners. *James Messer, Jr.* for respondent.

No. 682. WESTERN AUTO SUPPLY CO. v. MCELHENNEY CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. *James C. Wilson* and *Alfred W. Burgess* for petitioner. *Chester D. Ward, Jr.* for respondents.